UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

301 Development LLC

                    Plaintiff,

- against -

United National Specialty Insurance Company
a/k/a United National Insurance Company,

                    Defendant.

---------------------------------------------------------X

Action No.: 1:15-cv-1505 KAM-CLP

STIPULATION
OF VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between 301 DEVELOPMENT LLC; and, UNITED NATIONAL SPECIALTY INSURANCE COMPANY a/k/a UNITED NATIONAL INSURANCE COMPANY and UNITED NATIONAL INSURANCE COMPANY that the above-captioned action, including the Complaint against UNITED NATIONAL SPECIALTY INSURANCE COMPANY, et al., and all claims and affirmative defenses be and hereby is Dismissed With Prejudice pursuant to FRCP 41 (a) (1) (A) (ii) as the action has settled. Each Party will bear their own costs, expert witness fees, and attorney's fees.

Dated: November 3, 2015
New York, New York

_____
Matthew S. Aboulafia, Esq. (7873)
Aboulafia Law Firm LLC
Attorneys for Plaintiff
301 Development LLC

Dated: November 11, 2015
New York, New York

_____
Brad C. Westlye, Esq. (BW7171)
Attorney for Defendants
United National Insurance Company
and United National Specialty

So Ordered
/s/ Cheryl L. Pollak
11/12/15

228 East 45th Street, Suite 1700
New York, New York 10017
(212) 684-1422
matthew@aboulaw.com

Insurance Company
225 East 96th Street 6R
New York, New York 10128
(212) 831-7168
bwestlye@westlyelaw.com